UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TOWN &COUNTRY BANK, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00312-JCM-NJK |
| vs. | ) | |
| | ) | DISCOVERY PLAN AND SCHEDULING ORDER |
| LEON R. KATZ, | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Proposed Discovery Plan and Scheduling Order (#8) filed March 27, 2013. LR 26-1(e)(1) establishes 180 days, measured from the date the defendant first answers or otherwise appears, as a presumptively reasonable time to complete discovery. The parties request 180 days from the date the parties met and conferred in which to conduct discovery, asserting that this request complies with the local rules. However, this request is seeking 190 days from the date the Defendant first appeared and does not comply with the provisions of LR 26-1. LR 26-1(d) states, in part:

> Plans requesting special scheduling review shall include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(e), a statement of the reasons why longer or different time periods should apply to the case . . .

The parties have included no such statement.

As the pending revised discovery plan neither seeks a discovery period of 180 days from the date the first defendant answered nor provides on its face that the parties seek special scheduling review, it is **DENIED** without prejudice for failing to comply with the Local Rules. Counsel are

directed to refile a proposed discovery plan no later than April 1, 2013.  The parties may request longer deadlines than those provided for in Local Rule 26-1(e), but must do so in compliance with the procedures outlined in the Local Rules.

**IT IS SO ORDERED.**

DATED this 28th day of March, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge

2