# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TOWN & COUNTRY BANK,

    Plaintiff(s),

vs.

LEON R. KATZ, et al.,

    Defendant(s).

Case No. 2:13-cv-00312-JCM-NJK

ORDER SETTING HEARING ON MOTION TO WITHDRAW
(Docket No. 17)

    Pending before the Court is Defendants' counsel's motion to withdraw as attorney. Docket No. 17. Any response shall be filed no later than November 15, 2013. The Court hereby sets a hearing on that motion for November 22, 2013, at 10:30 a.m. in Courtroom 3B. Defendant Leon Katz and his withdrawing counsel are required to attend the hearing. There will be no exception to that requirement. The Court further orders Defendants' counsel to serve this order on Defendants no later than November 12, 2013, and to file a proof of service with the Court no later than November 13, 2013.

    Lastly, Mr. Katz is a defendant in this case both in his individual capacity and as a trustee of the Katz Family Trust. Mr. Katz is advised that trustees are generally not permitted to appear *pro se* on behalf of the trust. *See C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697-98 (9th Cir. 1987) (pro se litigant "may not claim that his status as trustee includes the right to present arguments pro se in federal court"); *see also Knoefler v. United Bank of Bismark*, 20 F.3d 347, 347-48 (8th Cir. 1994).

    IT IS SO ORDERED.

    DATED: November 8, 2013

NANCY J. KOPPE
United States Magistrate Judge