Joseph G. Went, Esq.
Nevada Bar No. 9220
Nicole E. Lovelock, Esq.
Nevada Bar No. 11187
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax
jgwent@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOWN & COUNTRY BANK, | CASE NO. 2:13-cv-00312-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATED FINAL JUDGMENT** |
| LEON R. KATZ, individually and as Trustee of the Katz Family Trust dated January 25, 1989, as Amended and Restated; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Plaintiff Town & Country Bank (the "Bank" or "Plaintiff") and Defendants Leon R. Katz ("Katz") and the Katz Family Trust dated January 25, 1989, as amended and restated (the "Katz Trust") (together with Katz, the "Defendants"), hereby stipulate and agree as follows:

1. On or about March 18, 2003, the Katz Family Trust dated January 25, 1989, as Amended and Restated ("Katz Trust") entered into a Loan Agreement (the "Loan Agreement") with the Bank whereby the Bank agreed to loan the Katz Trust the principal amount of $1,537,500.00 (the "Loan").

2. The obligation of the Loan is evidenced by a Promissory Note (the "Note") executed and delivered by the Katz Trust at the same time the Loan Agreement was executed.

3. In consideration for the Bank extending the loan, Katz, in his individual capacity, executed a Guaranty (the "Guaranty") dated March 18, 2003, obligating him to pay all sums due and payable by the Katz Trust to the Bank under the terms of the Note, among other things.

6566002_1

4. On or about March 18, 2003, to secure repayment of the Note and the Katz Trust's obligation under the loan documents, the Katz Trust executed a Deed of Trust and Security Agreement and Fixture Filing with Assignment of Rents (the "Deed of Trust") in favor of the Bank and encumbering certain real property or portions thereof located in Clark County, Nevada, and further identified as APN 163-20-819-009 ("Property").

5. On or about March 18, 2003, the Deed of Trust was recorded in Book 20030318 as Document Number 002405 in the Clark County Recorder's Office, Official Records.

6. As further security for the repayment of the Note, the Katz Trust executed and delivered to the Bank an Assignment of Leases and Rents dated March 18, 2003 ("Assignment of Rents"), which was recorded on March 18, 2003 in Book 20030318 as Document Number 002406 in the Clark County Recorder's Office, Official Records, whereby the Katz Trust irrevocably assigned all of its right, title and interest to the rents from the Property.

7. The Loan Agreement, Note, Deed of Trust, Assignment of Rents, together with such modifications, amendments, and related documents are collectively referred to herein as the "Loan Documents."

8. The Katz Trust failed to make payments to the Bank when due and, on or about August 5, 2011, the Bank declared the amounts due under the Note immediately due and payable.

9. The Katz Trust and Katz failed to pay the amounts due and owing under the Note.

10. On September 12, 2011, a Notice of Breach and Default and of Election Sell Under Deed of Trust was recorded in Book 20110912 as Document Number 0000850 in the Clark County Recorder's Office, Official Records, thereby commencing a non-judicial foreclosure of the Subject Property.

11. On January 25, 2012, a non-judicial foreclosure sale was held in connection with the Deed of Trust encumbering the Property.

12. On or about January 25, 2012, the Bank acquired title to the Property as a result of its successful credit bid via a Trustee's Deed Upon Sale.

13. The Trustee's Deed Upon Sale was recorded on January 26, 2012, in Book 20120126 as Document No. 0001335 in the Clark County Recorder's Office, Official Records.

6566002_1

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

14. On January 25, 2012, the date of the trustee's sale of the Property, the amount of the indebtedness remaining unpaid under the Note, included the following amounts:

| | |
|---|---:|
| Principal balance under the Note | $ 1,267,197.00 |
| Accrued interest | $      44,864.10 |
| Late fees | $        1,562.31 |
| Fees and Costs | $        4,700.00 |
| **Total** | **$1,318,323.41** |

15. The fair market value of the Property on January 25, 2012 was $675,000.00.

16. After providing Defendants with a credit in the amount of $675,000.00, the total amount due and owing under the Loan Documents on January 26, 2012 was $643,323.41, with interest accruing in the amount of $196.57 per diem.

17. As of December 16, 2013, the total amount owed by Defendants pursuant to the Loan Documents is $801,476.68, which includes principal in the amount of $643,323.41, interest in the amount of $135,634.02, and attorneys' fees and costs in the amount of $22,519.25.

18. The parties agree that judgment shall be entered against Defendants, jointly and severally, in the total amount of $801,476.68, plus interest from December 17, 2013 through the date of entry of this judgment at $244.90 per diem, with post-judgment interest accruing at the default rate of 11% per annum from the date of entry of this judgment until it is paid in full.

DATED January 27, 2014.                              DATED January 27, 2014

*/s/ Joseph G. Went, Esq.*                              */s/ Joseph T. Nold, Esq.*
Joseph G. Went, Esq.                                       Joseph T. Nold, Esq.
Nicole E. Lovelock, Esq.                                  Accelerated Law Group
HOLLAND & HART LLP                                624 S. 10th Street
9555 Hillwood Drive, 2nd Floor                    Las Vegas, Nevada 89101
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*                                   *Attorneys for Defendants*

**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

**JUDGMENT**

The foregoing stipulation is approved. JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Town & Country Bank and against Defendants Leon R. Katz and the Katz Family Trust dated January 25, 1989, as amended and restated, in the amount of **$801,476.68**, plus interest from December 17, 2013 through the date of entry of this judgment at $244.90 per diem, with post-judgment accruing at the default rate of 11% per annum from the date of entry of this judgment until it is paid in full.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: January 28, 2014

Submitted by:

*/s/ Joseph G. Went, Esq.*
Joseph G. Went, Esq.
Nicole E. Lovelock, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*